IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICK EGLESTON,

    Plaintiff,

Case No.: 18-299

v.

NANCY BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

This matter is before the Court on the parties' Stipulation to Remand, and the Court being duly advised, now grants the motion.

It is hereby ORDERED that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58.

On judicial remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to readjudicate Plaintiff's claim and issue a new decision that proceeds through the steps of the sequential evaluation process, reevaluates Plaintiff's residual functional capacity and, if necessary, obtains additional vocational evidence.

Dated: 9-25-18

_____
Judge, United States District Court
Western District of Wisconsin

Distribution to all registered counsel of record via CM/ECF